NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:  Docket Number 2021-CU-0530

Linnzi Zaorski

- - Versus - -

Nicholas Usner

22nd Judicial District Court
Case #: 201713865
St. Tammany Parish

On Application for Rehearing filed on  01/05/2022 by Linnzi Zaorski

Rehearing _____ DENY _____

_____
Page McClendon

_____
Jewel E. "Duke" Welch Jr.

_____
Mitchell R. Theriot

Date  FEB 1 0 2022

_____
Rodd Naquin, Clerk